IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

Eastern District of Kentucky
**FILED**
JAN 3 1 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| **MORRIS E. LEWIS**<br>plaintiff<br><br>vs.<br><br>**EQUIFAX INFORMATION SYSTEMS, et al..**<br>**Defendants** | Case No. 0:10v113<br><br>Judge Bunning |

### Agreed Entry of Dismissal With Prejudice

All parties having amicably resolved their differences, the above-captioned matter is hereby dismissed with prejudice as to refiling as to all parties named in the suit.

1/31/11

Signed By:
David L. Bunning
United States District Judge

David L. Bunning
Judge, U.S. District Court

/s/Steven C. Shane
Steven C. Shane (0041124)
Trial Attorney for Plaintiff
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

*/s**Kevin R. Feazell*__
Kevin R. Feazell (KBA #84678)
CORS & BASSETT
537 E. Pete Rose Way
Suite 400
Cincinnati, Ohio 45202-3578
(513) 852-8200
(513) 852-8222 fax
krf@corsbassett.com

Trial Attorney for Defendants,
Northland Group, Inc. & Palisades
Collection, LLC.